NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3065

PATRICIA K. ZELENKA,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH831M070316-B-1.

ON MOTION

ORDER

Patricia K. Zelenka moves without opposition for leave to file her reply brief and the joint appendix out of time and to reinstate her petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the court's dismissal order is vacated, and the petition for review is reinstated.

FOR THE COURT

AUG 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Myrrel Hendricks, Jr., Esq.
    Michael J. Dierberg, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2009

JAN HORBALY
CLERK